**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

METROPOLITAN LIFE
INSURANCE COMPANY,

Plaintiff,

Case No. 26-cv-10593
Hon. Matthew F. Leitman

v.

AVONI CHANEY, SAKINO MURRY,
and VINCENT TUCKER,

Defendants.

---

# ORDER OF DISMISSAL

In accordance with the July 30, 2026 Stipulated Settlement Order (ECF No. 24) and the Plaintiff's August 20, 2026 Status Report (ECF No. 25), this matter is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126